UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHELSEA CARTER,

Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

Defendants.

26 Civ 6922 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff Chelsea Carter brings this action *pro se*. On August 19, 2026, the Clerk of Court mailed to Plaintiff at her address of record this court's Standing Order regarding cases filed by *pro se* plaintiffs. On October 8, 2026, that order was returned to the court with a notation stating, "Return to Send Attempted – Not Known Unable to Forward."

Federal Rule of Civil Procedure 11(a) provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number." Fed. R. Civ. P. 11(a). Moreover, a standing order in this district provides that "[i]t is a party's obligation to provide an address of record. . . . Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information." *In Re: Pro Se Litigation*, No. 24-MC-127 (LTS) (S.D.N.Y. Aug. 19, 2026); *see also Electronic Case Filing Rules*, Rule 8.2 ("Electronically filed documents must include a signature block and must set forth the name, address, telephone number and e-mail address all in compliance with the Federal Rules of Civil Procedure and Local Civil Rule 11.1.").

Plaintiff is directed, within 30 days of the date of this order, to sign and submit the Notice of Change of Address with current contact information. In the alternative, Plaintiff may consent

to accept electronic service of documents in this case. Copies of these forms are attached. If Plaintiff submits the Notice of Change of Address or Consent to Electronic Service, the form must be labeled with docket number 26 Civ. 6922 (JHR).

No further action will be taken in this case, and no summons shall issue at this time. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to Plaintiff's refiling it.

The Clerk of Court is directed to mail a copy of this order to Plaintiff's last known address. The Clerk of Court is also directed to email a copy of this order to chelsea1996c@gmail.com, which is the email address Plaintiff provided in the Complaint. The order also will be viewable on the court's electronic docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 10, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

______________________________________

______________________________________

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

______________________________________

______________________________________

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_________ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

______________________ ______________________

Date Signature

______________________________________________

Name (Last, First, MI) Prison Identification # (if incarcerated)

______________________________________________

Address City State Zip Code

______________________ ______________________

Telephone Number E-mail Address (if available)

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save